UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANAEL ORTIZ-GUZMAN,

        Plaintiff,

v.                                        Case No: 6:24-cv-1708-JSS-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

      Plaintiff, Manael Ortiz-Guzman, initiated this appeal of an administrative decision of the Commissioner of Social Security denying his claim for Social Security Disability Insurance Benefits. (*See* Dkt. 1.) United States Magistrate Leslie Hoffman Price entered a report and recommendation recommending that the final decision of the Commissioner be affirmed. (Dkt. 20.) Neither party has filed an objection to the Report and Recommendation, and the time to do so has now passed.

      After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72. With respect to non-dispositive matters, the district judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see Jordan v. Comm'r, Miss. Dep't of Corr.*, 947 F.3d 1322, 1327 (11th Cir. 2020). For dispositive

matters, the district judge must conduct a de novo review of any portion of the report and recommendation to which a timely objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed."). Even in the absence of a specific objection, the district judge reviews any legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades County. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Upon conducting a careful and complete review of the Magistrate Judge's findings, conclusions, and recommendations, and giving de novo review to matters of law, the court adopts the report and recommendation in full.

Accordingly:

1. The Report and Recommendation (Dkt. 20) is **ACCEPTED** and **ADOPTED**.
2. The final decision of the Commissioner is **AFFIRMED**.
3. The Clerk is **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on May 23, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

- 3 -

Copies furnished to:
Counsel of Record